# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### AT PIKEVILLE

**CRIMINAL CASE NO. 03-35-DLB**

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**VS.**                                              <u>**ORDER**</u>

**MICHAEL SHANNON SLONE**                                                          **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #235), and there being no objections filed thereto, and the Court being advised;

**IT IS ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc #235) be, and it is, hereby **adopted** as the findings of fact and conclusions of law of the Court; that Defendant is found to have **violated** the terms of his supervised release; and that,

(a)     Defendant be sentenced to time served, and that no additional period of imprisonment be imposed for the violations;

(b)     No additional period of supervised release should be imposed for the violations;

(c)     The conditions of supervised release shall remain otherwise unaltered

A Judgment shall enter concurrently herewith.

This 20th day of November, 2007.



Signed By:

_David L. Bunning_   DB

**United States District Judge**